*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

FILED 7/15/2021
District of Columbia
Court of Appeals

*Julio A. Castillo*
Julio Castillo
Clerk of Court

**No. 21-BG-426**

IN RE WILLIAM D. OUTMAN, II, ESQUIRE

    Respondent.                 Board Docket No. 21-BD-033

Bar Registration No. 9670        DDN: 2019-314

BEFORE: McLeese and Deahl, Associate Judges, and Nebeker, Senior Judge.


**O R D E R**
(FILED – July 15, 2021)

On consideration of the affidavit of William D. Outman, II, wherein he consents to disbarment from the bar of the District of Columbia pursuant to D.C. Bar Rule XI, § 12, which affidavit has been filed with the Clerk of this court, and the report and recommendation of the Board on Professional Responsibility, it is

ORDERED that William D. Outman, II, is hereby disbarred by consent.

The Clerk shall publish this order, but the affidavit shall not be publicly disclosed or otherwise made available except upon order of the court or upon written consent of the respondent.

The Clerk shall cause a copy of this order to be transmitted to the Chairman of the Board on Professional Responsibility and to the respondent, thereby giving him notice of the provisions of Rule XI, §§ 14 and 16, which set forth certain rights and responsibilities of disbarred attorneys and the effect of failure to comply therewith.

**PER CURIAM**